Dear Courts,

FILED
**January 24, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

I am writing to you in regards to my Chapter 13 Bankruptcy case no: 1:24-bk-03158 HWV. I received an email notification this morning that my case has been dismissed due to a missed hearing held on Jan 22. I received no notification of this hearing. I looked back through my emails and I do not have anything scheduled for that day. I am reaching out to you to please ask for reconsideration as this effects my family greatly; we could lose our home and car. This is so important to myself and my children's livelihood. I am begging, pleading with you that you will reconsider dismissing my case. Additionally, I am able to pay the filing fee in full today, if necessary. Please, please reconsider dismissing my case.

Thank you so much for your reconsideration of this matter.

Sincerely,

Alysse Saucedo

717-884-4699