United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 24-03158-HWV
Alysse L Saucedo     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Jan 23, 2025    Form ID: pdf010    Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5673828 | + | Lakeview M and T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5674575 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: alyssechilds@gmail.com | Jan 23 2025 18:55:00 | Alysse L Saucedo, 6524 Fairfax Dr, Harrisburg, PA 17111-6819 |
| 5674466 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 23 2025 18:55:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5683062 | | Email/Text: bncmail@w-legal.com | Jan 23 2025 18:55:00 | Landmark Strategy Group, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 5678069 | + | Email/Text: famc-bk@1stassociates.com | Jan 23 2025 18:55:00 | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5673830 | + | Email/Text: unger@members1st.org | Jan 23 2025 18:55:00 | Members 1st FCU, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5673829 | + | Email/Text: Unger@Members1st.org | Jan 23 2025 18:55:00 | Members 1st Federal CU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5676168 | | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2025 18:55:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5675701 | + | Email/Text: bncmail@w-legal.com | Jan 23 2025 18:55:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5681072 | + | Email/Text: bankruptcy@bbandt.com | Jan 23 2025 18:55:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5679763 | | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2025 19:02:38 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5681288 | *+ | Truist Bank, Support Services, P.O. Box 85092, Richmond VA 23286-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYSSE L SAUCEDO<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>ALYSSE L SAUCEDO<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:24-bk-03158 HWV |

### ORDER

Upon consideration of the Trustee's Amended Motion to Dismiss Case with Prejudice, Doc.15, and no objections having been filed, and the hearing held on January 22, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned bankruptcy is dismissed with prejudice. The Debtor is barred from filing without an attorney in this district for a period of 365 days from the date of this Order without prior Court Order.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 23, 2025