United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                             Case No. 24-03158-HWV
Alysse L Saucedo                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                   User: AutoDocke                                Page 1 of 1
Date Rcvd: Jan 24, 2025                        Form ID: pdf010                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: alyssechilds@gmail.com | Jan 24 2025 18:51:00 | Alysse L Saucedo, 6524 Fairfax Dr, Harrisburg, PA 17111-6819 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2025                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| ALYSSE L. SAUCEDO, | : |
| | : CASE NO. 1:24-bk-03158-HWV |
| Debtor. | : |

**ORDER**

Upon consideration of the Correspondence filed by the Debtor, Doc. 23, which the Court construes as a Motion to Reinstate the Case, and upon review of 11 U.S.C. § 521(i) and relevant caselaw, and the Court having concluded that it lacks discretion regarding both dismissal and reinstatement under Section 521(i) as articulated in *In re Bonner*, 374 B.R. 62 (Bankr. W.D.N.Y. 2007), and it further appearing that the Motion fails to meet the requirements of Federal Rules of Civil Procedure 59(e) and/or 60(b), made applicable to this case by Federal Rules of Bankruptcy Procedure 9023 and 9024, in that it does not demonstrate any manifest error of law or fact; newly discovered evidence that could not have been previously discovered with reasonable diligence; an intervening change in controlling law; or any clear and compelling basis to correct a manifest injustice that would justify setting aside this Court's January 23, 2025 Order, it is

**ORDERED** that the Motion is **DENIED**.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 24, 2025